UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN WILLIAMS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GMAC MORTGAGE, LLC and, )<br>GOVERNMENT NATIONAL )<br>MORTGAGE ASSOCIATION, )<br>Defendants. )<br>) | No. 11-cv-30237-MAP |

**MOTION TO DISMISS**

The defendant, the Government National Mortgage Association, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, moves to dismiss the plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim for which relief may be granted. A memorandum of law accompanies this motion.

In accordance with Local Rule 7.1, the undersigned certifies that she contacted the pro se plaintiff to discuss this motion and he stated that he had engaged an attorney who would be entering an appearance. Therefore, the undersigned did not discuss the substance of the motion with the plaintiff. Efforts to reach the plaintiff's counsel were unsuccessful.

*Allowed, without opposition. In light of the suggestion of bankruptcy filed by the only co-defendant GMAC (Dkt. No. 28), this case may be administratively closed. So ordered.*

*Michael A. Ponsor USDJ*
*6·20·12*