# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN WILLIAMS,         )<br>           Plaintiff         )<br>                              )<br>        V.               )<br>                              )<br>GMAC MORTGAGE, LLC and         )<br>GOVERNMENT NATIONAL MORTGAGE  )<br>ASSOCIATION,            )<br>           Defendant       ) | CIVIL ACTION<br><br>NO. 3:11-cv-30237-MAP |

## PROCEDURAL ORDER OF DISMISSAL

**PONSOR, D. J.**

In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice to either party moving to restore it to the docket if any further action is required upon completion and termination of all bankruptcy or arbitration proceedings.

 June 20, 2012     /s/ Michael A. Ponsor
      Date         United States District Judge

(Administrative Closing Order-2.wpd - 12/98)